UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES DOUGLAS MURRY,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, acting Commissioner of Social Security,[1]<br><br>                    Defendant. | No. CV-12-3100-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

   BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 26. Attorney Christopher Dellert represents Plaintiff; Special Assistant United States Attorney Thomas M. Elsberry represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6. After considering the file and proposed order,

   **IT IS ORDERED:**

   1.   The parties Motion to Remand, **ECF No. 26**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of

---

   [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to FED. R. CIV. P. 25(d), Carolyn W. Colvin is substituted for Michael J. Astrue as the Defendant in this suit. No further action need be taken to continue this suit. 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) - 1

Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will conduct a *de novo* hearing. Further administrative proceedings will include, but are not limited to, the following: The administrative law judge will assess the severity of Plaintiff's impairments; give further consideration to the medical opinions, including Drs. Roost and Ramsthel, and articulate what weight is given to each; re-evaluate Plaintiff's residual functional capacity assessment; and reassess steps four and five with the assistance of a vocational expert, if necessary.

    2.    Judgment shall be entered for the PLAINTIFF.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 18,** is stricken as moot.

    4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED May 7, 2013.

                S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) - 2